UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>IRVING PETER MCKAY,<br><br>                          Defendant. | Case No.: 20CR2200-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

      Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for October 16, 2020 shall be continued to **December 11, 2020** at **1:30 p.m.** Defendant shall file an acknowledgment of the new hearing date by October 16, 2020.

      For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

      IT IS SO ORDERED.

Dated: October 13, 2020

                                                  Hon. Janis L. Sammartino
                                                  United States District Judge